UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| CHARLOTTE A. THRALL, | ) | 3:05-CV-067-RAM |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| PRUDENTIAL INSURANCE COMPANY OF AMERICA, PRUDENTIAL LIFE INSURANCE COMPANY, KPMG RETIREMENT ALLOWANCE PLAN, | ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

The court has reviewed and considered Defendant KPMG RAP's Motion for Order Shortening Time Regarding its concurrently filed Motion to Summarily Deny Plaintiff's Cross-Motion for Partial Summary Judgment ("Plaintiff's Motion") Pursuant to Fed. R. Civ. P. 56(f) ("Motion"); the Declaration submitted in support thereof; any opposition thereto; and the record in this case. Good cause appearing therefor, the court hereby GRANTS the Motion for Order Shortening Time and orders the following:

1. Plaintiff's Opposition to KPMG RAP's Motion shall be filed and served by facsimile no later than 5:00 p.m. Pacific on Tuesday, February 21, 2006;

2. KPMG RAP's Reply in Support of its Motion shall be filed and served by facsimile no later than 5:00 p.m Pacific on Wednesday, February 22, 2006; and

///

///

///

3.  The time for KPMG RAP to file an Opposition to Plaintiff's Motion for Partial Summary Judgment (Doc. #56) is extended to fifteen (15) days after a decision on Defendant's Motion to Summarily Deny Plaintiff's Cross Motion for Partial Summary Judgment (Doc. #62) if necessary.

**IT IS SO ORDERED.**

DATED: February 16, 2006.

_____
HONORABLE ROBERT A. McQUAID, JR.
UNITED STATES MAGISTRATE JUDGE

2