## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | | |
|---|---|---|
| CHARLOTTE A. THRALL, | ) | 3:05-CV-0067-RAM |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| vs. | ) | February 22, 2006 |
| PRUDENTIAL INSURANCE COMPANY OF AMERICA, et al., | ) | |
| Defendants. | ) | |

PRESENT:    <u>THE HONORABLE ROBERT A. McQUAID, JR.</u>, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:  <u>GINA MUGNAINI</u>            REPORTER: <u>NONE APPEARING</u>

COUNSEL FOR PLAINTIFF(S):  <u>NONE APPEARING</u>

COUNSEL FOR DEFENDANT(S):  <u>NONE APPEARING</u>

**MINUTE ORDER IN CHAMBERS:**

Plaintiff has filed a Cross-Motion for Partial Summary Judgment (Doc. #67). Defendant filed a Motion to Summarily Deny Plaintiff's Cross-Motion for Partial Summary Judgment (Doc. #62). In her Opposition, Plaintiff agrees to withdraw her Cross-Motion for Partial Summary Judgment at this time (Doc. #70).

Therefore, Plaintiff's Cross-Motion for Partial Summary Judgment (Doc. #67) is **DENIED** as moot, without prejudice.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By: <u>      /s/      </u>
     Deputy Clerk