1 **Michael C. Kelley (Admitted <u>Pro Hac Vice</u>)**
**Joshua E. Anderson (Admitted <u>Pro Hac Vice</u>)**
2 **SIDLEY AUSTIN LLP**
**555 West Fifth Street, Suite 4000**
3 **Los Angeles, California 90013-1010**
**Telephone: (213) 896-6000**
4 **Facsimile: (213) 896-6600**

5 **Fred H. Atcheson**
**Nevada Bar No. 0135**
6 **930 Evans Ave.**
**Reno, Nevada 89512**
7 **Telephone: (775) 322-5255**
**Facsimile: (775) 786-9658**
8
**Attorneys for Defendants**
9 **KPMG LLP, KPMG PENSION**
**PLAN, KPMG PARTNER**
10 **RETIREMENT SAVINGS PLAN,**
**KPMG MONEY PURCHASE PLAN,**
11 **AND KPMG RETIREMENT**
**ALLOWANCE PLAN**
12

13 **UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**
14

| | |
|---|---|
| 15 CHARLOTTE A. THRALL, ) | Case No. 3:05-cv-067-RAM |
| 16 Plaintiff, ) | **FINAL JUDGMENT** |
| vs. ) | **IN FAVOR OF DEFENDANTS** |
| 17 ) | **KPMG LLP, KPMG PENSION** |
| PRUDENTIAL INSURANCE ) | **PLAN, KPMG PARTNER** |
| 18 COMPANY OF AMERICA; ) | **RETIREMENT SAVINGS PLAN,** |
| PRUDENTIAL LIFE INSURANCE ) | **KPMG MONEY PURCHASE PLAN,** |
| 19 COMPANY; KPMG RETIREMENT ) | **AND KPMG RETIREMENT** |
| ALLOWANCE PLAN; and DOES 1-X, ) | **ALLOWANCE PLAN** |
| 20 Inclusive, ) | |
| ) | |
| 21 Defendants. ) | |
| ) | |
| 22 | |

23 WHEREAS, on February 1, 2005, Plaintiff filed her original Complaint

in this action, asserting claims against (a) KPMG LLP, (b) KPMG Pension Plan,
24
KPMG Partner Retirement Savings Plan, and KPMG Money Purchase Plan
25
(collectively, "KPMG Pension Plans"), and (c) Prudential Insurance Company of
26
America and Prudential Life Insurance Company (collectively, "Prudential"), for
27
28

1

1 breach of contract, violation of unfair claims practices, breach of duty of good faith

2 and fair dealing, negligence, and ERISA plan benefits;

3 WHEREAS, on March 31, 2005, KPMG LLP and the KPMG Pension

4 Plans filed their motion to dismiss Plaintiff's claims against them;

5 WHEREAS, on August 11, 2005, this Court entered an order dismissing

6 with prejudice Plaintiff's: (1) breach of contract, violation of unfair claims practices,

7 breach of duty of good faith and fair dealing, and negligence claims against all

8 Defendants; and (2) Plaintiff's ERISA claim against KPMG LLP ("August 2005

9 Order");

10 WHEREAS, on October 31, 2005, the KPMG Pension Plans filed their

11 Motion for Judgment on the Pleadings Under Fed. R. Civ. P. 12(c);

12 WHEREAS, on December 23, 2005, this Court entered an order

13 dismissing Plaintiff's claims against the KPMG Pension Plans with prejudice

14 ("December 2005 Order");

15 WHEREAS, on January 10, 2006, Plaintiff filed her First Amended

16 Complaint, asserting a claim against KPMG Retirement Allowance Plan ("KPMG

17 RAP") and Prudential for ERISA plan benefits;

18 WHEREAS, on January 18, 2006, KPMG RAP moved to dismiss

19 Plaintiff's claim against it;

20 WHEREAS, on June 19, 2006, this Court dismissed Plaintiff's claim

21 against KPMG RAP with prejudice ("June 2006 Order"), and entered judgment in

22 favor of KPMG RAP; and

23 WHEREAS, this Court has considered the papers, arguments of counsel,

24 and all other matters presented to the Court,

25 IT IS ORDERED, ADJUDGED, AND DECREED, that: (1) Plaintiff

26 take nothing by her Complaint and First Amended Complaint (collectively,

27 "Complaints") as against KPMG LLP, the KPMG Pension Plans, and KPMG RAP

28 (collectively, "KPMG"); (2) Plaintiff's Complaints be dismissed on the merits and

2

1  with prejudice as against KPMG, for the reasons stated in the August 2005, December

2  2005, and June 2006 Orders; (3) final judgment on Plaintiff's Complaints be entered

3  for KPMG; and (4) KPMG is the prevailing party.

4       IT IS FURTHER ORDERED, ADJUDGED, AND DECREED, that: (1)

5  there is no just reason for delay of the entry of final judgment dismissing KPMG from

6  Plaintiff's Complaints; (2) these adjudicated claims are separate and unrelated to any

7  of the claims remaining to be litigated; and (3) the immediate entry of judgment

8  pursuant to Fed. R. Civ. P. 54(b) dismissing Plaintiff's claims against KPMG serves

9  the interests of justice and judicial administration in that any appeal of the judgment

10 will not implicate any issue remaining in this action.

11       IT IS SO ORDERED:

12  DATED: _____June 22, 2006_____        _____,
                                                Hon. Robert A. McQuaid
13                                              United States Magistrate Judge

14

15  Presented by:

    SIDLEY AUSTIN LLP
16

17  By: _____Joshua E. Anderson_____
            Joshua E. Anderson
18
    Attorneys for Defendants KPMG LLP,
19  KPMG Pension Plan, KPMG Partner
    Retirement Savings Plan, KPMG Money
20  Purchase Plan, and KPMG Retirement
    Allowance Plan
21

22

    By: _____/s/_____
23          Matthew L. Sharp

24  Attorneys for Plaintiff Charlotte A. Thrall

25

    DATE: June 21, 2006
26

27

28

3

t

t